**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

ANTHONY JOHNSON, individually and on                                                                              PLAINTIFF
behalf of all others similarly situated

v.                                                 NO. 4:15CV00003 JLH

HOLMES EUROPEAN MOTORS, INC.;
and HOLMES EUROPEAN MOTORS, LLC                                                                               DEFENDANTS

## ORDER OF DISMISSAL

Having been notified that a settlement has been reached in this matter, the Court finds that this case should be dismissed.

IT IS THEREFORE ORDERED that the complaint and all claims in this action against the defendant be, and they are, hereby dismissed.

The Court retains complete jurisdiction for thirty (30) days to vacate this Order and to reopen the action if it is satisfactorily shown that settlement has not been completed and further litigation is necessary.

IT IS SO ORDERED this 16th day of April, 2015.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE